1  BARRY J. PORTMAN
   Federal Public Defender
2  JODI LINKER
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant TODD
6

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-11-0436 WHA |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING |
| v. | |
| MICHAEL WAYNE TODD, | |
| Defendant. | |

The parties jointly request that, subject to the Court's approval, the sentencing hearing presently set for November 1, 2011 be continued to January 17, 2012 at 2:00 pm.

On August 16, 2011, defendant Michael Todd pleaded guilty to being a felon in possession of a firearm in violation of 18 U.S.C. § 9229(g). The Court scheduled the sentencing hearing for November 1, 2011. At that time, the defense advised the Court that it may seek a continuance of the sentencing hearing because November 1st is the date that Mr. Todd's baby is due and his girlfriend would like to be present for the sentencing hearing. Mr. Todd and his girlfriend are in the process of making arrangements to be married, which they would like to have completed by the time of sentencing. As anticipated, Mr. Todd's girlfriend will not be able to be present for the sentencing hearing if held on November 1, 2011. She is concerned that if

the hearing is scheduled too soon after November 1, 2011, she will not be able to attend because the baby will still be too young for her to leave to come to San Francisco for the sentencing.

Additionally, the draft PSR indicates that Mr. Todd currently has two detainers: one in Sonoma County for a state case related to the instant offense conduct, and another detainer for a potential parole violation. Prior to his sentencing, defense counsel would like the opportunity to investigate whether these detainers will remain in place and the affect, if any, on the amount of time he will serve in custody.

Accordingly, for the above reasons, the parties jointly request that the sentencing hearing be continued from November 1, 2011 to January 17, 2012.

IT IS SO STIPULATED.

October 20, 2011
DATED

/s
DEREK OWENS
Assistant United States Attorney

October 20, 2011
DATED

/s
JODI LINKER
Assistant Federal Public Defender

IT IS SO ORDERED.

October 24, 2011.
DATED

William Alsup
UNITED STATES DISTRICT JUDGE